UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA HUDSON,

    Defendant.
_____/

Case: 2:23−cr−20312
Assigned To : Goldsmith, Mark A.
Referral Judge: Grand, David R.
Assign. Date : 6/2/2023
Description: INFO USA V. HUDSON (NA)

**Violation**:
18 U.S.C. § 1343

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
(18 U.S.C. § 1343 – Wire Fraud)

In or about July 2020, in the Eastern District of Michigan, defendant, JOSHUA HUDSON, knowingly devised and intended to devise a scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses and representations.

1

The purpose of the scheme and artifice to defraud was for JOSHUA HUDSON to unlawfully obtain a federal Economic Injury Disaster Loan (EIDL) from the Small Business Administration (SBA).

It was part of the scheme and artifice that on July 7, 2020, JOSHUA HUDSON applied for an EIDL falsely representing that the funds were needed for his construction business, GOOD PRODUCTIONS, asserting that it employed twelve individuals, when HUDSON knew that the business did not exist.

It was part of the scheme and artifice that JOSHUA HUDSON used, without consent, another individual's social security number in applying for the EIDL.

It was further a part of the scheme and artifice that, in applying for the EIDL, HUDSON asserted that the information was true and correct under penalty of perjury, when, in fact, he knew it was not true and correct.

It was further a part of the scheme and artifice that, on July 14, 2020, HUDSON caused the SBA to wire a $77,400.00 EIDL to a Wells Fargo Bank account controlled by HUDSON. The EIDL was deposited into HUDSON's personal banking account with Wells Fargo Bank's

internet server via an Automated Clearing House (ACH) credit transfer from a government-controlled account maintained with the U.S. Treasury at a Federal Reserve Bank located in the United States.

During the time period set forth above, in the Eastern District of Michigan, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, JOSHUA HUDSON knowingly transmitted and caused the transmission by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, in the form of interstate electronic transfer of funds totaling $77,400, into an account he controlled, representing EIDL funds he fraudulently obtained using the social security number of another person and for a business that did not exist.

All in violation of Title 18, United States Code, Section 1343.

## **FORFEITURE ALLEGATION**
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

3

Upon conviction of the offense charged in Count One of this Information, in violation of Title 18, United States Code, Section 1343, defendant shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), together with Title 28, United States Code, Section 2461.

<u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

<u>Money Judgment</u>: Upon conviction of violating 18, United States Code, Section 1343, defendant shall be ordered to pay the United States a sum of money equal to the total amount of proceeds defendant obtained as a result of such violation.

DAWN N. ISON
United States Attorney


*/s/ John K. Neal*
John K. Neal
Chief, White Collar Crime Unit
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9644
john.neal@usdoj.gov

*/s/ Patrick E. Corbett*
Patrick E. Corbett
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9703
patrick.corbett@usdoj.gov

Dated: June 2, 2023

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>2:23−cr−20312 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:<br>☐ Yes   ☒ No | **Judge Assigned:**<br>**AUSA's Initials:**   P.E.C |

**Case Title:** USA v.  JOSHUA HUDSON

**County where offense occurred :**  Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/__✓__Information --- based upon prior complaint [**Case number:** 22-mj-30027 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 2, 2023
Date

s/Patrick E. Corbett
Patrick E. Corbett
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9703
Fax:   (313) 226-2873
E-Mail address: patrick.corbett@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.